People v Hibbert (2024 NY Slip Op 06519)

People v Hibbert

2024 NY Slip Op 06519

Decided on December 20, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 20, 2024

PRESENT: WHALEN, P.J., SMITH, CURRAN, NOWAK, AND HANNAH, JJ. (Filed Dec. 20, 2024.) 

MOTION NO. (87/02) KA 00-02959.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
EVERTON HIBBERT, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.